THE HONORABLE BARBARA J. ROTHSTEIN

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

LUCIA ROSATO and HENRY BELLUTTA, M.D.,
wife and husband,

11

Plaintiff,

No. 2:20-cv-01379-BJR

12

v.

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**

13

14

HOLLAND AMERICA LINE, INC., a Washington
corporation; HOLLAND AMERICA LINE-USA,
INC., a Delaware corporation; HOLLAND AMERICA
LINE N.V. D/B/A HOLLAND AMERICA LINE
N.V., LLC, a foreign corporation; and HAL
ANTILLEN N.V., LLC, an alien corporation,

15

16

17

Defendants.

18

**ORDER**

19

20

Based upon parties' Stipulated Motion, and the Court being fully advised in the

21

premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the

22

following dates shall be amended as follows:

23

{29548-00665060;1}
ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER
Case No. 2:20-cv-01379-BJR - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| TRIAL DATE | August 23, 2021 | August 23, 2021 |
| **Reports from expert witness under FRCP 26(a)(2) due** | **January 25, 2021** | **April 23, 2021** |
| **Discovery completed by** | **February 24, 2021** | **June 23, 2021** |

DATED this 30th day of December, 2020.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

\

{29548-00665060;1}
ORDER GRANTING STIPULATED MOTION TO AMEND
SCHEDULING ORDER
Case No. 2:20-cv-01379-BJR - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990